| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br># | AGENCY<br>☐ IDHR<br>☒ EEOC | CHARGE NUMBER<br><br>440-2018-06566 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br>Michelle Strickland | TELEPHONE NUMBER (include area code)<br>(773) 593-1908 | |
|---|---|---|
| STREET ADDRESS<br>10723 South Cottage Grove Avenue | CITY, STATE, ZIP CODE<br>Chicago, Illinois 60628 | DATE OF BIRTH<br>6/2/1975 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br>Thomas J. Dart, Sheriff of Cook County | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br>(773) 674-2276 |
|---|---|---|
| STREET ADDRESS<br>50 West Washington Street, 7th Floor | CITY, STATE, ZIP CODE<br>Chicago, Illinois 60602 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>Race (Black); Gender (Female) | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>On or about September, 2017 and continuing<br>☒ CONTINUING ACTION |
|---|---|

RECEIVED EEOC    RECEIVED EEOC
JUL 1 0 2018     JUL 1 0 ...

S E E   A T T A C H E D
CHICAGO DISTRICT OFFICE    CHICAGO DISTRICT OFFICE

Page 1 of 8

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS _____ DAY OF _____, _____.<br><br>NOTARY SIGNATURE |
|---|---|
| NOTARY STAMP | X [signature]<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7016 2140 0000 5581 4998

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

March 13, 2019

Ms. Michelle Strickland
c/o Cass T. Casper, Esquire
Talon Law
1153 W. Lunt Avenue, Ste. 253
Chicago, IL 60626

Re: EEOC Charge Against Cook County Sheriff's Dept, et al.
No. 440201806566

Dear Ms. Strickland:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
   Cook County Sheriff's Dept, et al.