UNITED STATES DISTRICT COURT
FOR THE NORTHEREN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHELLE STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19 C 2621 |
| vs. ) | |
| ) | Judge Franklin U. Valderrama |
| THOMAS J. DART, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS SHERIFF DART AND COOK COUNTY'S
## MOTION FOR SUMMARY JUDGMENT

Defendants, Thomas Dart, in his official capacity as Sheriff of Cook County (the "Sheriff's Office") and Cook County as indemnitor, by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, and through her Assistant, Megan Honingford, move this Honorable Court to enter judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure because Plaintiff will not be able to show through evidence that she was subjected to a hostile work environment based on her gender and race or that the Sheriff bears liability for any harassment she alleges. A Memorandum of Law and Local Rule 56.1(a) Statement of Undisputed Facts with accompanying Exhibits are attached hereto.

Dated: April 2, 2021            Respectfully Submitted,

                                          KIMBERLY M. FOXX
                                        State's Attorney of Cook County

By:   /s/ Megan M. Honingford
        Megan M. Honingford
        Assistant State's Attorney
        500 Richard J. Daley Center
        50 West Washington Ave.
        Chicago, IL 60602
        (312) 603-3630
        Megan.honingford@cookcountyil.gov